MICHAEL A. FITZPATRICK, Respondent, v. PERSONAL FINANCE COMPANY OF NEW YORK, Appellant.— The first two causes of action do not set forth facts sufficient to constitute complaints sounding in libel. The third cause of action is insufficient as stating an action on the case since neither negligence nor malice is pleaded. Order reversed, with twenty dollars costs and disbursements, and motion granted, with leave to plaintiff to serve an amended complaint, repleading the third cause of action, within ten days from service of order, upon payment of said costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LUISA PELLERANO, Respondent, v. NUNZIATA MONFORTE and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOHN DUNAY and Others, Respondents, v. JOSEPH FREDETTE and ROLAND J. CHICHE, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LONDON PROVINCIAL MARINE AND GENERAL INSURANCE COMPANY, LTD., Respondent, v. SEABOARD GREAT LAKES CORPORATION, Appellant, Respondent, Impleaded with LAKE TRANSFER CORPORATION, Appellant, Respondent, and THE HANNA FURNACE CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SILAS EZRA, Suing on Behalf of Himself Individually, and on Behalf of All Other Bondholders Similarly Situated, Who May Join in This Action and Contribute to the Expenses Thereof, Appellant, v. THOMAS W. LAMONT and Others, Defendants. UNITED STATES OF MEXICO, Appearing Specially, etc., Respondent. — Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [149 Misc. 912.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER FRACASSA, Defendant, Impleaded with WALTER GALLAGHER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARINE LIGHTERAGE CORPORATION, Appellant, v. LUCKENBACH STEAMSHIP COMPANY, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Glennon and Untermyer, JJ.

In the Matter of the Arbitration of PAGE MANUFACTURING COMPANY and Another, Respondents, and ROSE SILK MILLS, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GALBO, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK LISANTI, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.